## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KIANA K HANNON, | NO. 23-01135 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

### AGREED ORDER CONDITIONING STAY

THIS CAUSE coming to be heard on the Motion For Relief From Automatic Stay or In the Alternative to Dismiss the Case of Movant, Nationstar Mortgage LLC through LOGS Legal Group LLP:

IT IS ORDERED:

1. Debtor shall cure the post-petition default through April 30, 2024 and reimburse attorneys' fees and costs for the motion by payment as follows**:

    A. On or before April 6, 2024    $1,903.79
    B. On or before May 25, 2024    $544.49
    C. On or before June 25, 2024    $544.49
    D. On or before July 25, 2024    $544.49
    E. On or before August 25, 2024    $544.49
    F. On or before September 25, 2024    $544.49
    G. On or before October 25, 2024    $544.50

** That all payments made pursuant to this Order shall be applied first to reimburse Nationstar Mortgage LLC for attorneys' fees of $1,050.00 and costs of $199.00 incurred in connection with this motion, a related motion or a related objection to confirmation. All further payments will be applied in the manner prescribed by the subject note and mortgage. Please send the payments directly to: Nationstar Mortgage, P.O. Box 619094, Dallas, TX 75261-9741. Payments should be made out to Nationstar Mortgage LLC or the name of the current mortgage servicer.

The post-petition default consists of attorneys' fees and costs as listed above, mortgage payments in the amount of $5,737.17 for the months of February 2024 through April 2024, less funds in suspense of $1,815.43, for a total default of $5,170.74 through April 2024. The Debtors have tendered $1,903.79 in funds prior to the entry of this order and the remaining default is $3,266.95. Regular mortgage payments resume May 1, 2024.

1

If Debtor fails to comply with the payment schedule above such that two payments are due and unpaid, then the provisions of paragraph 2 will apply. These payments are to be made in addition to any other payments required under the Debtor's plan.

Until such time as the payments set forth above are paid in full, if Debtor fails to pay the post-petition mortgage payments such that two payments are due and unpaid, then the provisions of paragraph 2 will apply.

2. If Creditor does not receive any two payments required under paragraph 1 by the date due, Creditor may issue a Notice of Default stating the amount of the default and giving the Debtor a Notice of Default stating the amount of the default and giving the Debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the Debtor and the Debtor's lawyer. If the Debtor does not cure the default by 14 days from the filing date of the Notice of Default, then Creditor may file a Notice of Termination of Stay with a certificate of service on the Debtor and the Debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Creditor to exercise its *in rem* rights under non-bankruptcy law in the collateral effective on the date it is filed. The stay in Rule 4001(a)(3) does not apply to the Notice of Termination.

3. The collateral is the property located at 9351 Suth Colfax Avenue, Chicago, IL 60617.

4. The amount of the default in any Notice of Default that is issued may include attorneys' fees not to exceed $100.00 incurred for the issuance of the Notice.

5. The Debtor can only cure any default under this order as allowed in paragraph 2 twice. A third default by the Debtor allows an immediate Notice of Termination to be filed.

6. This order will terminate upon the payment of all sums due and owing pursuant to the provisions of this Order.

7. The terms and provisions set forth in this Order will terminate upon the event of case dismissal, order of discharge, or case conversion.

/s/ Michelle Mandroiu  
Counsel for Debtor

/s/ Michael N. Burke  
Counsel for Creditor

Dated: 6/3/24

Entered: *Jacqueline P. Cox*  
J. Cox  
Bankruptcy Judge

2

Richard B. Aronow  3123969
Michael N. Burke  6291435
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-097913

**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**