UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  23-01135 |
| Kiana K Hannon | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on Debtor's motion to modify the plan, IT IS ORDERED that the Motion to Modify is granted as follows:

IT IS HEREBY ORDERED:

1. The default, accruing through November 2024 is deferred. The remaining payments under the plan will be $603 for 37 months, beginning December 2024.

2. Debtor's Chapter 13 Trustee Plan payments are increased to $603 per month for the remainder of the plan.

3. The Plan base shall remain the same.

4. The Trustee is not required to collect money already paid to creditors under the plan.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  December 16, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600