IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KIANA K HANNON, | |
| | NO. 23-01135 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

### NOTICE OF FAILURE TO COMPLY WITH COURT ORDER AND NOTICE OF DEFAULT AND MODIFICATION OF THE AUTOMATIC STAY AS TO NATIONSTAR MORTGAGE LLC

**Notified via Electronic Filing**
Adam S Brief, U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

**Notified via US Postal Service**
Kiana K Hannon, 9351 South Kolfax Ave., Chicago, IL 60617

PLEASE TAKE NOTICE that a Notice of Default (a copy of which has been attached hereto) was issued January 13, 2025, The Debtor has failed to cure the Notice of Default and the deadline for doing so has expired. Accordingly, and pursuant to the terms of an order entered June 3, 2024 (a copy of which has been attached hereto), the automatic stay has been modified effective January 31, 2025 with respect to Nationstar Mortgage LLC's interest in property commonly known as: 9351 South Colfax Avenue, Chicago, IL 60617.

**SPECIAL NOTICE TO THE TRUSTEE:**
The stay has been modified as of January 31, 2025, with respect to Nationstar Mortgage LLC's interest in property commonly known as: 9351 South Colfax Avenue, Chicago, IL 60617. Therefore the unpaid balance of Claim 3 of this creditor is hereby withdrawn.  No further payments should be made pursuant thereto.

### NOTICE OF FILING

This Notice and the documents referred to therein were sent for filing with the Clerk of the United States Bankruptcy Court.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following on 1/31/25:

      Respectfully Submitted,

      __/s/ Michael N. Burke_____
      Richard B. Aronow  3123969
      Michael N. Burke  6291435
      Amy A. Aronson  6206512
      LOGS Legal Group LLP
      2801 Lakeside Drive, Suite 207
      Bannockburn, IL 60015
      (847) 291-1717
      Attorneys for Movant
      22-097913

**Notified via Electronic Filing**
Adam S Brief, U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

**Notified via US Postal Service**
Kiana K Hannon, 9351 South Kolfax Ave., Chicago, IL 60617

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KIANA K HANNON, | |
| | CASE NO. 23-01135 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

### NOTICE OF FILING

**Notified via Electronic Filing**
Adam S Brief, U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

**Notified via US Postal Service**
Kiana K Hannon, 9351 South Kolfax Ave, Chicago, IL 60617

Please take notice that on the 13th day of January, 2025 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Default.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following on 1/13/2025:

Respectfully Submitted,

  /s/ Michael N. Burke
Richard B. Aronow  3123969
Michael N. Burke  6291435
Amy A. Aronson  6206512
LOGS Legal Group LLP
2801 Lakeside Drive, Suite 207
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-097913

**Notified via Electronic Filing**

Adam S Brief, U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

**Notified via US Postal Service**

Kiana K Hannon, 9351 South Kolfax Ave, Chicago, IL 60617


**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**



**LOGS Legal Group LLP**
Attorneys at Law

2801 Lakeside Drive, Suite 207
Bannockburn, Illinois 60015
Tel: (847) 291-1717 • Fax: (847) 291-3434

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)
Jason Shapiro (licensed in FL, IL)

**Managing Attorney - Illinois**
Randal S. Berg

January 13, 2025

Kiana K Hannon
9351 South Kolfax Ave
Chicago, IL 60617

### NOTICE OF DEFAULT

RE:  Nationstar Mortgage LLC
     Chapter 13#: 23-01135

Dear Sir or Madam:

As you know, our firm represents Nationstar Mortgage LLC in your Chapter 13 Case Number 23-01135.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

As you are aware, an order was entered by Judge Cox on June 3, 2024 providing for you to make payments to cure your mortgage default, as well as maintain regular mortgage payments.  A copy of the order is enclosed.

I have been informed by my client that you have failed to make payments as required the order.  Specifically,

| | | |
|---|---|---:|
| 4 monthly payment(s) at $1,912.39 each | = | $7,649.56 |
| 1 Stipulated payment(s) at $544.50 | = | $544.50 |
| Debtor Suspense | = | ($1,522.60) |
| TOTAL | = | $ 6,671.46 |

In addition, your failure to adhere to the terms of the accompanying order has resulted in attorneys' fees in the amount of $100.  Pursuant to the terms of the note and

mortgage, you are responsible for reimbursing my client for that sum as well. **Including those fees, a total of $6,771.46 is due through January 1, 2025.**

Therefore, pursuant to the order, the automatic stay shall be deemed **modified effective January 28, 2025,** to enable foreclosure of the mortgage on the real property commonly known as: 9351 South Colfax Avenue, Chicago, IL 60617.

If you wish the automatic stay to remain in effect, <u>Certified Funds</u> (in the amount of $6,771.46 payable to "Nationstar Mortgage LLC" must be received at the following address no later than **January 27, 2025**:

> Nationstar Mortgage, LLC
> P.O. Box 619094
> Dallas, TX 75261-9741

If you have any questions concerning this matter, please contact your attorney.

Very truly yours,

LOGS Legal Group LLP
/s/ Michael N. Burke

Richard B. Aronow  3123969
Michael N. Burke  6291435
Amy A. Aronson  6206512
Attorney at Law
enc.

CC:   Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
       David H Cutler, Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076
       Nationstar Mortgage LLC

**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KIANA K HANNON, | NO. 23-01135 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

## AGREED ORDER CONDITIONING STAY

THIS CAUSE coming to be heard on the Motion For Relief From Automatic Stay or In the Alternative to Dismiss the Case of Movant, Nationstar Mortgage LLC through LOGS Legal Group LLP:

IT IS ORDERED:

1. Debtor shall cure the post-petition default through April 30, 2024 and reimburse attorneys' fees and costs for the motion by payment as follows**:

| | |
|---|---|
| A. On or before April 6, 2024 | $1,903.79 |
| B. On or before May 25, 2024 | $544.49 |
| C. On or before June 25, 2024 | $544.49 |
| D. On or before July 25, 2024 | $544.49 |
| E. On or before August 25, 2024 | $544.49 |
| F. On or before September 25, 2024 | $544.49 |
| G. On or before October 25, 2024 | $544.50 |

** That all payments made pursuant to this Order shall be applied first to reimburse Nationstar Mortgage LLC for attorneys' fees of $1,050.00 and costs of $199.00 incurred in connection with this motion, a related motion or a related objection to confirmation. All further payments will be applied in the manner prescribed by the subject note and mortgage. Please send the payments directly to: Nationstar Mortgage, P.O. Box 619094, Dallas, TX 75261-9741. Payments should be made out to Nationstar Mortgage LLC or the name of the current mortgage servicer.

The post-petition default consists of attorneys' fees and costs as listed above, mortgage payments in the amount of $5,737.17 for the months of February 2024 through April 2024, less funds in suspense of $1,815.43, for a total default of $5,170.74 through April 2024. The Debtors have tendered $1,903.79 in funds prior to the entry of this order and the remaining default is $3,266.95. Regular mortgage payments resume May 1, 2024.

Case 23-01135 Doc 63 Filed 06/03/25 Entered 06/03/25 08:08:08 Desc Exhibit
Document Page 7 of 10

If Debtor fails to comply with the payment schedule above such that two payments are due and unpaid, then the provisions of paragraph 2 will apply. These payments are to be made in addition to any other payments required under the Debtor's plan.

Until such time as the payments set forth above are paid in full, if Debtor fails to pay the post-petition mortgage payments such that two payments are due and unpaid, then the provisions of paragraph 2 will apply.

2. If Creditor does not receive any two payments required under paragraph 1 by the date due, Creditor may issue a Notice of Default stating the amount of the default and giving the Debtor a Notice of Default stating the amount of the default and giving the Debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the Debtor and the Debtor's lawyer. If the Debtor does not cure the default by 14 days from the filing date of the Notice of Default, then Creditor may file a Notice of Termination of Stay with a certificate of service on the Debtor and the Debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Creditor to exercise its *in rem* rights under non-bankruptcy law in the collateral effective on the date it is filed. The stay in Rule 4001(a)(3) does not apply to the Notice of Termination.

3. The collateral is the property located at 9351 Suth Colfax Avenue, Chicago, IL 60617.

4. The amount of the default in any Notice of Default that is issued may include attorneys' fees not to exceed $100.00 incurred for the issuance of the Notice.

5. The Debtor can only cure any default under this order as allowed in paragraph 2 twice. A third default by the Debtor allows an immediate Notice of Termination to be filed.

6. This order will terminate upon the payment of all sums due and owing pursuant to the provisions of this Order.

7. The terms and provisions set forth in this Order will terminate upon the event of case dismissal, order of discharge, or case conversion.

/s/ Michelle Mandroiu  
Counsel for Debtor

/s/ Michael N. Burke  
Counsel for Creditor

Dated: 6/3/24

Entered: *Jacqueline P. Cox*  
J. Cox  
Bankruptcy Judge

2

Richard B. Aronow 3123969
Michael N. Burke 6291435
Amy A. Aronson 6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-097913

**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

## Motion For Relief Information
### Agreed Order

| Filed By: | Kiana K Hannon | Agreed Order Terms | Post Petition Arrearge included in POC: | | |
|---|---|---|---|---|---|
| | | Ongoing Payments | due on | 5/1/2024 | |
| Case Number: | 23-01135 | | payments @ | $ 1,912.39 | |
| Filing Date: | 1/27/2023 | A O Payments | due from | 04/06/2024, 5/25/24-10/25/24 | |
| | AO Figures | 1 | payments @ | $1,903.79 | 4/6/2024 |
| Payments | $5,737.17 | 2/1/24-4/1/24 | 5 | payments @ | $ 544.49 |
| Attorney fees | $1,249.00 | | 1 | payments @ | $ 544.50 | $5,170.74 |
| MFR cost | | | | | |
| Suspense | $1,815.43 | $5,170.74 | | | |

### Payment Changes

| From Date | To Date | Total Amount | P&I Total | Escrow Total | Escrow Total | Interest Rate Change |
|---|---|---|---|---|---|---|
| 2/1/2023 | 1/1/2024 | $1,612.75 | $1,182.05 | $430.70 | | |
| 2/1/2024 | | $1,912.39 | $1,182.05 | $730.34 | | |

### Agreed Order Delinquent Stip/Post Petition Payments

| Date Due | Stip amount due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
|---|---|---|---|---|---|---|
| 10/1/24 - 1/1/25 | | $1,912.39 | $1,182.05 | $730.34 | 4 | $ 7,649.56 |
| 10/25/2024 | $ 544.50 | | | | 1 | $ 544.50 |
| | | | | | | $ - |
| | | $ - | | | | $ - |
| | | $ - | | | | $ - |
| | | $ - | | | | $ - |
| | | $ - | | | | $ - |
| Suspense** | | $ 1,522.60 | | | | $ (1,522.60) |
| TOTAL | | | | | | $ 6,671.46 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Cure payment | Post Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| 01/30/23 | $1,568.57 | | | | $ 1,568.57 | |
| 02/24/23 | $1,612.75 | 02/01/23 | $1,612.75 | | $ 1,568.57 | |
| 02/27/23 | | | | | $ 1,568.57 | |
| 04/03/23 | $1,612.75 | 03/01/23 | $1,612.75 | | $ 1,568.57 | |
| 04/04/23 | | | | | $ 1,568.57 | |
| 05/02/23 | $1,568.57 | 04/01/23 | $1,612.75 | | $ 1,524.39 | |
| 05/03/23 | | | | | $ 1,524.39 | |
| 05/31/23 | $1,612.75 | 05/01/23 | $1,612.75 | | $ 1,524.39 | |
| 06/01/23 | | | | | $ 1,524.39 | |
| 07/03/23 | $1,612.75 | 06/01/23 | $1,612.75 | | $ 1,524.39 | |
| 07/05/23 | | | | | $ 1,524.39 | |
| 08/02/23 | $1,612.75 | 07/01/23 | $1,612.75 | | $ 1,524.39 | |
| 08/03/23 | | | | | $ 1,524.39 | |
| 09/06/23 | $1,612.75 | 08/01/23 | $1,612.75 | | $ 1,524.39 | |
| 09/07/23 | | | | | $ 1,524.39 | |
| 10/05/23 | $1,612.75 | 09/01/23 | $1,612.75 | | $ 1,524.39 | |
| 10/06/23 | | | | | $ 1,524.39 | |
| 11/13/23 | $1,612.75 | 10/01/23 | $1,612.75 | | $ 1,524.39 | |
| 11/14/23 | | | | | $ 1,524.39 | |
| 12/12/23 | $1,612.75 | 11/01/23 | $1,612.75 | | $ 1,524.39 | |
| 12/13/23 | | | | | $ 1,524.39 | |
| 01/11/24 | $1,612.75 | 12/01/23 | $1,612.75 | | $ 1,524.39 | |
| 01/12/24 | | | | | $ 1,524.39 | |
| 01/24/24 | | | | | $ 1,524.39 | |
| 02/13/24 | $1,903.79 | 01/01/24 | $1,612.75 | | $ 1,815.43 | |
| 02/14/24 | | | | | $ 1,815.43 | |
| Ao entered on 5/22/24, the debtor is delinquent for 2/1/24-4/1/24, monthly payment is 1912.39, attorney fees is 1249, suspense is 1815.43 | | | | | $ - | |
| | | | | | $ - | |
| | | | | | $ - | |
| 04/08/24 | $ 1,903.79 | 04/06/24 | | $ 1,903.79 | $ - | |
| | | | | | $ - | |
| 04/30/24 | $ 1,922.00 | 05/01/24 | $ 1,912.39 | | $ 9.61 | |
| | | | | | $ 9.61 | |
| 05/24/24 | $ 545.00 | 05/25/24 | | $ 544.49 | $ 10.12 | |
| | | | | | $ 10.12 | |
| 06/05/24 | $ 1,922.00 | 06/01/24 | $ 1,912.39 | | $ 19.73 | |
| | | | | | $ 19.73 | |
| 06/30/24 | $ 545.00 | 06/25/24 | | $ 544.49 | $ 20.24 | |
| | | | | | $ 20.24 | |
| 07/12/24 | $ 1,915.00 | 07/01/24 | $ 1,912.39 | | $ 22.85 | |
| | | | | | $ 22.85 | |
| 7/31/2024 | $ 545.00 | 07/25/24 | | $ 544.49 | $ 23.36 | |
| 08/19/24 | $ 1,913.00 | | | | $ 1,936.36 | |
| | | 08/01/24 | $ 1,912.39 | | $ 23.97 | |
| | | | | | $ 23.97 | |
| 10/01/24 | $ 2,500.00 | 08/25/24 | | $ 544.49 | $ 1,979.48 | |
| 11/25/24 | $ 2,000.00 | 09/01/24 | $ 1,912.39 | | $ 2,067.09 | |
| | | 09/25/24 | | $ 544.49 | $ 1,522.60 | |
| | | | | | $ 1,522.60 | |
| | | | | | $ 1,522.60 | |
| | | | | | $ 1,522.60 | |